DAVID I. WARN, JR., Respondent, *v.* JOHN H. STARIN,
Appellant.

APPEAL by the defendant from a judgment rendered in
favor of the plaintiff in the Municipal Court of the city of
New York, second district, borough of Manhattan.

Avery F. Cushman and James D. Dewell, Jr., for appellant.

Frederick W. Park, for respondent.

SCOTT, J. The action is for damages to a canal-boat
caused, as it is said, by the negligence of the captain of a
barge which is alleged to belong to defendant. Of course,
there can be no recovery, unless it is shown the defendant
owned the barge, and was the employer of the negligent
captain. Of this fact, there is no evidence in the case.
All the evidence is to the effect that the barge belonged to the
"Starin Transportation Line." Whether this name represents a corporation or an unincorporated association, or is
merely a trade name under which defendant does business,
does not appear. To prove that defendant owned the barge
and employed the captain, was essential to the maintenance
of this action; and in this regard the plaintiff wholly failed.

BISCHOFF and FITZGERALD, JJ., concur.

Judgment reversed and new trial ordered, with costs to
appellant to abide event.